United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | *E-FILED - 9/21/12* |
| Plaintiff, ) | |
| v. ) | No. CR-11-00894-DLJ |
| ZANAIDA PERALES, ) | **ORDER FOR COMPETENCY EXAMINATION PURSUANT TO 18 U.S.C. § 4241** |
| Defendant. ) | |

On September 20, 2012, defendant Zanaida Perales, by and through her counsel Alfredo Morales, moved the Court for an order finding that there is reasonable cause to believe that defendant may presently be suffering from a mental disease or defect rendering her mentally incompetent to the extent that she is unable to understand the nature and consequences of the proceedings against her or to assist properly in her defense.

The Court finds that the motion is made in good faith and that grounds exist for believing the defendant may be incompetent, and the Court ORDERS pursuant to 18 U.S.C. § 4241(b) that a mental examination of defendant be undertaken. As defendant is currently out of custody, the Court ORDERS that Pretrial Services shall

appoint a psychiatrist from an approved list of doctors to examine defendant Perales to determine her competence to stand trial and to assist in her defense. See United States v. Bradshaw, 690 F.2d 704, 712 (9th Cir. 1982).

The United States Attorney's Office shall pay for the competency examination.

IT IS SO ORDERED

Dated: September 20, 2012          _____

D. Lowell Jensen
United States District Judge

Copy of Order E-Filed to Counsel of Record on 9/21/12: