Alfredo M. Morales, SBN:69204
Law Offices of Morales & Leaños
75 East Santa Clara Street, Suite 250
San Jose, CA   95ll3
(408) 294-5400

Counsel for Defendant
Zanaida Perales

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ZANAIDA PERALES,<br><br>Defendant. | CASE NO. CR 11 00894 DLJ<br><br>STIPULATION TO CONTINUE DEFENDANT PERALES' SENTENCING HEARING AND [] ORDER |

STIPULATION

On August 1, 2013, the defendant Zanaida Perales, represented by Alfredo M. Morales, Esq., and the government, represented by Daniel Kaleba, Assistant United States Attorney, agreed to schedule the sentencing hearing for November 7, 2013 at 9:00 a.m.

Due to a conflict created by a pre-paid vacation, defense counsel is requesting that the date currently set for the sentencing be reset to November 21, 2013 in order to allow sufficient time to timely file a sentencing memorandum.

///
///
///

---

STIPULATION AND [] ORDER TO CONTINUE SENTENCING HEARING

1

Therefore, the parties respectfully request that the Court continue the sentencing hearing to November 21, 2013 at 9:00 a.m.

IT IS SO STIPULATED.

Dated: August 5, 2013

/s/
Alfredo M. Morales, Esq.
Attorney for Zanaida Perales

Dated: August 5, 2013

/s/
Daniel R. Kaleba
Assistant United States Attorney

**ORDER**

GOOD CAUSE APPEARING, upon stipulation of the parties, it is hereby ordered that the hearing currently set for November 7, 2013, be continued to Novmber 21, 2013, at 9:00 a.m.

IT IS SO ORDERED

Dated:

THE HONORABLE D. LOWEL JENSEN
United States District Judge